# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**STEVEN POWELL,**
    Plaintiff,

v.

**PILGRIM'S PRIDE,**
    Defendant.

Case No. 4:21-cv-1695-CLM

## ORDER

The plaintiff, Steven Powell, entered a notice of voluntary dismissal with prejudice on March 29, 2021. (Doc. 5.) In accordance with FED. R. CIV. P. 41(a)(1)(A)(i), the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

The court **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** on March 29, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE